Moghtaderi v Apis Capital Advisors, LLC (2025 NY Slip Op 00402)

Moghtaderi v Apis Capital Advisors, LLC

2025 NY Slip Op 00402

Decided on January 28, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 28, 2025

Before: Webber, J.P., Friedman, Scarpulla, Rosado, O'Neill Levy, JJ. 

Index No. 650287/20 Appeal No. 3587 Case No. 2024-00836 

[*1]Kamran Moghtaderi, Plaintiff-Appellant,
v
Apis Capital Advisors, LLC, et al., Defendants-Respondents.

The DeIorio Law Group, PLLC, Rye Brook (Donna M. Mazza of counsel), for appellant.
Arkin Solbakken LLP, New York (Deana Davidian of counsel), for respondents.

Appeal from order, Supreme Court, New York County (Melissa A. Crane, J.), entered February 1, 2024, which granted defendants' motion to preclude the testimony of plaintiff's expert, unanimously dismissed, without costs, as taken from a nonappealable order.
The order is an evidentiary ruling from which no intermediate appeal lies (Rivera v New York Health & Hosps. Corp. [Bellevue Hosp. Ctr. & Gouverneur Diagnostic & Treatment Ctr.], 38 AD3d 476, 476 [1st Dept 2007]). In addition, since the initial
briefing on the appeal, a final judgment has been entered, which moots the appeal from this intermediate order (see Matter of Aho, 39 NY2d 241, 248 [1976]; Adebanjo v Johnson, 231 AD3d 658, 659 [2024]).THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 28, 2025